No. 96–320. METRO-NORTH COMMUTER RAILROAD CO. *v.* BUCKLEY. C. A. 2d Cir. Motions for leave to file briefs as *amici curiae* filed by the following are granted: Association of American Railroads, Consolidated Rail Corporation, American Tort Reform Association, Washington Legal Foundation, Port Authority of New York and New Jersey, and Defense Research Institute. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 16, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 15, 1997. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 96–5658. LAMBRIX *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 6, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before noon, Tuesday, December 31, 1996. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 10, 1997. This Court's Rule 29.2 does not apply.